# Exhibit 1

1　　　　　　　　　　　　**Ballot Distribution Revisions**

**2025 GENERAL SESSION**

**STATE OF UTAH**

**Chief Sponsor:**

2

3　**LONG TITLE**

4　**General Description:**

5　　　This bill amends the Election Code relating to the distribution of ballots to voters.

6　**Highlighted Provisions:**

7　　　This bill:

8　　　　▸ creates an exception to the requirement that the bulk of ballots initially mailed to voters

9　must be mailed from a location in Utah, if the jurisdiction mailing the ballots is assigned to a

10　United States Postal Service area distribution center outside of Utah.

11　**Money Appropriated in this Bill:**

12　　　None

13　**Other Special Clauses:**

14　　　None

15　**Utah Code Sections Affected:**

16　AMENDS:

17　　　**20A-6-108**, as enacted by Laws of Utah 2022, Chapter 156

18

19　*Be it enacted by the Legislature of the state of Utah:*

20　　　　Section 1.  Section **20A-6-108** is amended to read:

21　　　**20A-6-108 . Requirements for printing and mailing ballots.**

22　　(1) [~~Before January 2023, the~~] The director of elections within the Office of the Lieutenant

23　　　Governor shall, in consultation with county clerks, make rules, in accordance with Title

24　　　63G, Chapter 3, Utah Administrative Rulemaking Act, establishing minimum

25　　　requirements that a vendor must meet to be eligible to print ballots to be used in an

26　　　election.

27　　(2) [~~Beginning on the effective date of the rules described in Subsection (1)~~] Except as

28　　　provided in Subsection (3), an election officer shall ensure that, when the bulk of ballots

29　　　are initially mailed to voters, the ballots are mailed from a location in Utah.

30　　(3) If the election officer's jurisdiction is located in an area that is assigned to a United

31　　　States Postal Service area distribution center located outside of Utah, the election officer

**0410.hv. .1 DRAFT**                                                                06-17 12:14

32        may deliver ballots directly to the assigned area distribution center for delivery to voters.
33            Section 2.  **Effective date.**
34        This bill takes effect on May 7, 2025.
          5-16-24 3:42 PM