A.J. FERATE (*Pro Hac Vice Application Pending*)
COURTNEY POWELL (*Pro Hac Vice Application Pending*)
SPENCER FANE
9400 North Broadway Ext. #600
Oklahoma City, OK 73114
(405) 844-9900
ajferate@spencerfane.com
cpowell@spencerfane.com

SCOTT YOUNG (10695)
SPENCER FANE
10 Exchange Place, Eleventh Floor
Salt Lake City, UT  84111
 (801) 521-9000
rsyoung@spencerfane.com
*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH – SOUTHERN DIVISION

| | |
|---|---|
| COLBY JENKINS, an individual,<br>MICHAEL GILLESPIE, an individual,<br>MARSHA GILLESPIE, an individual,<br>TANNER GILLESPIE, an individual,<br>JOSHUA HORLACHER, an individual,<br>CAMILLE TOPHAM, an individual,<br>RICHARD TOPHAM, an individual,<br>KELSIE TOPHAM, an individual,<br>LAJUANA ROBINSON, an individual,<br><br>            Plaintiffs,<br><br>vs.<br><br>BEAVER COUNTY; GINGER McMULLIN,<br>in her official capacity as Clerk/Auditor for<br>BEAVER COUNTY; DAVIS COUNTY;<br>BRIAN McKENZIE, in his official capacity<br>as Clerk/Auditor for DAVIS COUNTY;<br>GARFIELD COUNTY; CAMILLE MOORE,<br> in her official capacity as Clerk/Auditor for | **PLAINTIFFS' NOTICE OF FILING AMENDED VERIFIED COMPLAINT AND SERVICE ON DEFENDANTS**<br><br>Case No:  4:24cv63 DN<br><br>Judge David Nuffer |

GARFIELD COUNTY; IRON COUNTY; JON WHITTAKER, in his official capacity as Clerk/Auditor for IRON COUNTY; JUAB COUNTY; TANIELLE CALLAWAY, in her official capacity as Clerk/Auditor for JUAB COUNTY; KANE COUNTY; CHAMEILL LAMB, in her official capacity as Clerk/Auditor for KANE COUNTY; MILLARD COUNTY; MARKI ROWLEY, in her official capacity as Clerk/Auditor for MILLARD COUNTY; PIUTE COUNTY; KALI GLEAVE, in her official capacity as Clerk/Auditor for PIUTE COUNTY; SALT LAKE COUNTY; LANNIE K. CHAPMAN, in her official capacity as Clerk/Auditor for SALT LAKE COUNTY; SEVIER COUNTY; STEVEN C. WALL, in his official capacity as Clerk/Auditor for SEVIER COUNTY; TOOELE COUNTY; TRACY SHAW, in her official capacity as Clerk/Auditor for TOOELE COUNTY; WASHINGTON COUNTY; RYAN SULLIVAN, in his official capacity as Clerk/Auditor for WASHINGTON COUNTY; WAYNE COUNTY; FELICIA SNOW, in her official capacity as Clerk/Auditor of WAYNE COUNTY; and, DEIDRE HENDERSON, in her official capacity as the Lieutenant Governor of the State of Utah.

Defendants.

Plaintiffs hereby provide notice of their filing of a Verified Amended Complaint and their efforts to serve Defendants, as set forth in the Court's Notice issued at 12:43 p.m. today (Dkt. #8). Pursuant to Fed. R. Civ. P. 65(b)(1), "The court may issue a temporary restraining order without written or oral notice to the adverse party or its attorney only if: (A) specific facts in an affidavit or a verified complaint clearly show that immediate and irreparable injury, loss, or damage will

result to the movant before the adverse party can be heard in opposition; and (B) the movant's attorney certifies in writing any efforts made to give notice and the reasons why it should not be required." Based on this rule and the Court's Notice, Plaintiffs submit the following:

**Specific Facts in an Affidavit or a Verified Complaint.**

Plaintiffs filed an Amended Verified Complaint at 3:09 p.m. *See* Dkt. #9. The facts showing immediate or irreparable injury, loss or damage are set forth in the Amended Verified Complaint and counsel Scott Young's Declaration, attached hereto as Exhibit A.

**Efforts to Serve Defendants**

Below is a summary of Plaintiffs' efforts to serve Defendants today. Plaintiffs have served or will serve the following Defendants today, July 18, 2024 and tomorrow morning, July 19, 2024.

1. Deidre Henderson, Lt. Governor – Personally served July 18, 2024.
2. Brian McKenzie, Clerk/Auditor for Davis County – Personally served July 18, 2024.
3. Davis County – Personally served July 18, 2024.
4. Lannie K. Chapman, Clerk/Auditor for Salt Lake County – Personally served July 18, 2024.
5. Salt Lake County – Personally served July 18, 2024.
6. Tracy Shaw, Clerk/Auditor for Tooele County – Personally served July 18, 2024.
7. Tooele County – Personally served July 18, 2024.
8. Chameill Lamb, Clerk/Auditor for Kane County – Personally served July 18, 2024.
9. Kane County – Personally served July 18, 2024.
10. Jon Whittaker, Clerk/Auditor for Iron County – Personally served July 18, 2024.
11. Iron County – Personally served July 18, 2024

12. Tanielle Callaway, Clerk/Auditor for Juab County – Process Server has been hired and will serve on July 18 or 19, 2024.

13. Juab County – Process Server has been hired and will serve on July 18 or 19, 2024.

14. Ryan Sullivan, Clerk/Auditor for Washington County – Process Server has been hired and will serve on July 18 or 19, 2024.

15. Washington County – Process Server has been hired and will serve on July 18 or 19, 2024.

16. Steven C. Wall, Clerk/Auditor for Sevier County – Process Server has been hired and will serve on July 18 or 19, 2024.

17. Sevier County – Process Server has been hired and will serve on July 18 or 19, 2024.

18. Marki Rowley, Clerk/Auditor for Millard County – Process Server has been hired and will serve in the morning of July 19, 2024.

19. Millard County – Process Server has been hired and will serve in the morning of July 19, 2024.

20. Ginger McMullin, Clerk/Auditor for Beaver County – Process Server has been hired and will serve in the morning of July 19, 2024.

21. Beaver County – Process Server has been hired and will serve in the morning of July 19, 2024.

22. Camille Moore, Clerk/Auditor for Garfield County – Process Server has been hired and will serve in the morning of July 19, 2024.

23. Garfield County – Process Server has been hired and will serve in the morning of July 19, 2024.

24. Kali Gleave, Clerk/Auditor for Piute County – Process Server has been hired and will serve in the morning of July 19, 2024.

25. Piute County – Process Server has been hired and will serve in the morning of July 19, 2024.

26. Felicia Snow, Clerk/Auditor for Wayne County – Process Server has been hired and will serve in the morning of July 19, 2024.

27. Wayne County – Process Server has been hired and will serve in the morning of July 19, 2024.

DATED this 18th day of July, 2024.

                                  SPENCER FANE LLP

                                  */s/ Scott Young*
                                  A.J. Ferate
                                  Courtney Powell
                                  R. Scott Young
                                  *Attorneys for Plaintiffs*